## Commonwealth ex rel. Finlayson *v.* Finlayson, Appellant.

Argued March 21, 1962. Before RHODES, P. J., ER-VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

Before BOYLE, J., without a jury.

*Herman Eisenberg,* for appellant.

*M. Stuart Goldin,* with him *Abe J. Goldin,* and *Goldin and Goldin,* for appellee.

OPINION PER CURIAM, April 12, 1962:
The order of the court below is affirmed on the opinion of Judge BOYLE of the County Court of Philadelphia, as reported in 26 Pa. D. & C. 2d 546.